**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lottie M. Reed,

Plaintiff, Civil No. 00-1751 (RHK/SRN)

vs. **ORDER**

Gene T. Kelly, Esq.,

Defendant.

---

Plaintiff's Motion to Strike Defendant's Motion to Dismiss (Doc. No.5) is **DENIED**.

Dated: August 28, 2000

RICHARD H. KYLE
United States District Judge

FILED AUG 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________